# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 10, 2024

Emily Cohen
820 Maggard Street
Iowa City, IA  52240

RE:  24-3060  Emily Cohen v. Iowa City, Iowa, et al

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

This case will be consolidated with case number <u>24-2805</u> <u>Emily Cohen v. Iowa City, Iowa, et al.</u>, to the extent possible for briefing and submission to the Court.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc:     Clerk, U.S. District Court, Southern Iowa
        Daniel Mark Morgan
        Wilford H. Stone

District Court/Agency Case Number(s):  3:23-cv-00073-SMR

**Caption For Case Number: 24-3060**

Emily Cohen

    Plaintiff - Appellant

v.

Iowa City, Iowa, an Iowa municipality

    Defendant

Johnson County Sheriff's Department; Johnson County, Iowa

    Defendants - Appellees

Ian Alke

    Defendant

Michael Hynes; John Good; Demetrius Marlowe; Janet Lyness; Rachel Zimmerman Smith; Susan D. Nehring; David Michael Van Compernolle

    Defendants - Appellees

Does, Iowa; Boulder, Colorado, a Colorado municipality; Boulder County Sheriff's Office; Boulder County, Colorado; Andrew Hartman; Anne Kelly; Michael Dougherty; Michelle Sudano; Adam Kendall; Kristine Weisbach; Chris Merkle; Elizabeth Rothrock; Thomas Mulvahill; Nancy Salamone; Steven Howard; Dinsmore Tuttle; Gregory Lyman; Lindy Frolich; Darren Cantor; Mary Claire Mulligan; Will Mulligan; Robert Werking; Kathleen Sinnot; Stanley Garnett; Alec Garnett; Jane Walsh; Kati Rothgery; Does, Colorado

    Defendants

**Addresses For Case Participants:   24-3060**

Emily Cohen
820 Maggard Street
Iowa City, IA  52240

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Daniel Mark Morgan
LYNCH & DALLAS
526 Second Avenue, S.E.
P.O. Box 2457
Cedar Rapids, IA  52406-2457

Wilford H. Stone
LYNCH & DALLAS
526 Second Avenue, S.E.
P.O. Box 2457
Cedar Rapids, IA  52406-2457