24-3060  Emily Cohen v. Iowa City, Iowa, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/10/2024

**Case Name:**   Emily Cohen v. Iowa City, Iowa, et al
**Case Number:**  24-3060

**Docket Text:**
Civil case docketed. [5444917] [24-3060]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Emily Cohen: emilycohenboulder@gmail.com
Daniel Mark Morgan: dmorgan@lynchdallas.com, jsharar@lynchdallas.com
Wilford H. Stone: wstone@lynchdallas.com, kbrown@lynchdallas.com