# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3060

Emily Cohen

Appellant

v.

Iowa City, Iowa, an Iowa municipality

Johnson County Sheriff's Department and Johnson County, Iowa

Appellees

Ian Alke

Michael Hynes, et al.

Appellees

Does, Iowa, et al.

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:23-cv-00073-SMR)

---

**ORDER**

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by October 31, 2024, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

October 10, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Maureen W. Gornik