# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 03, 2024

Emily Cohen
820 Maggard Street
Iowa City, IA  52240

      RE:  24-2805  Emily Cohen v. Iowa City, Iowa, et al
            24-3060  Emily Cohen v. Johnson County Sheriff's Dept., et al., et al

Dear Emily Cohen:

     We received your response to this court's order to show cause why the case should not be dismissed for failure to prosecute.  Your response came in the form of a copy of the motion you filed in district court.  You moved the district court for an extension of time to file your IFP application and for declaratory relief.  In your motion, you requested an IFP application form with enlarged print to accommodate your dyslexia.  Your motion, filed on October 31, 2024, remains pending in district court.  Once the district court rules on your motion, you will be required to pay the fee or move for IFP promptly.  Failure to resolve the fee issue may result in dismissal of your appeal.

                                                        Maureen W. Gornik
                                                         Acting Clerk of Court

CMH

Enclosure(s)

cc:     Clerk, U.S. District Court, Southern Iowa
         Honorable Stephanie M. Rose

      District Court/Agency Case Number(s):  3:23-cv-00073-SMR