IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| EMILY COHEN, | Case No. 3:23-cv-00073-SMR-WPK |
| Plaintiff, | |
| v. | |
| IOWA CITY, IOWA, JOHNSON COUNTY SHERIFF'S DEPARTMENT, JOHNSON COUNTY, IOWA, IAN ALKE, MICHAEL HYNES, JOHN GOOD, DEMETRIUS MARLOWE, JANET LYNESS, RACHEL ZIMMERMAN SMITH, SUSI NEHRING, DAVID VAN COMPERNOLLE, DOES, BOULDER, COLORADO, BOULDER COUNTY SHERIFF'S OFFICE, BOULDER COUNTY, COLORADO, ANDREW HARTMAN, ANNE KELLY, MICHAEL DOUGHERTY, MICHELLE SUDANO, ADAM KENDALL, KRISTINE WEISBACH, CHRIS MERKLE, ELIZABETH ROTHROCK, THOMAS MULVAHILL, NANCY SALAMONE, STEVEN HOWARD, DINSMORE TUTTLE, GREGORY LYMAN, LINDY FROLICH, DARREN CANTOR, MARY CLAIRE MULLIGAN, WILL MULLIGAN, ROBERT WERKING, KATHLEENN SINNOT, STANLEY GARNETT, ALEC GARNETT, JANE WALSH, and KATI ROTHGERY, | ORDER ON PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| Defendants. | |

On October 31, 2024, Plaintiff Emily Cohen filed a motion for an extension of time to file for *in forma pauperis* status without providing any of the required financial information to establish her indigency. The Court granted Cohen an extension until December 15, 2024 to file

1

the required documentation. [ECF No. 77]. On that date, she filed a motion styled as a Motion for Leave to File *IFP*. [ECF No. 78]. Notably she still did not provide any financial affidavit or documentation to establish her qualification under the statute. *See* Fed. R. App. P. 24(a) (requiring a party seeking *in forma pauperis* status to attach an affidavit providing details establishing "the party's inability to pay or to give security for fees and costs"). In accordance with the Court's previous Order and directive, Plaintiff's Current and Successive Motions to proceed *in forma pauperis* are DENIED. The other relief sought in the motion is DENIED. Cohen may seek *in forma pauperis* status with the United States Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a)(5).

IT IS SO ORDERED.

Dated this 3rd day of January, 2025.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT