UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 24-2805

Emily Cohen

Appellant

v.

Iowa City, Iowa, an Iowa municipality, et al.

Appellees

No: 24-3060

Emily Cohen

Appellant

v.

Iowa City, Iowa, an Iowa municipality

Johnson County Sheriff's Department and Johnson County, Iowa

Appellees

Ian Alke

Michael Hynes, et al.

Appellees

Does, Iowa, et al.

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:23-cv-00073-SMR)

---

**ORDER**

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in this court within 28 days of the date of this order. A motion for leave to proceed in

forma pauperis must include a completed copy of the attached "Application to Proceed Without Prepaying Fees or Costs" or an affidavit that shows in the same detail the Appellant's inability to pay or to give security for fees and costs. If appellant does not pay the fee or move for IFP status by February 4, 2025, this appeal may be dismissed for failure to prosecute without further notice.

January 07, 2025

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik