Case No. 24-2805

& Related Bond Appeal

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

**EMILY COHEN**,

*Plaintiff-Appellant,*

v.

**ANDREW HARTMAN, et al.,**

*Defendants-Appellees,*

---

On appeal from the United States District Court

for the Southern District of Iowa

The Honorable Judge Rose

No.

---

## APPELLANT'S MOTION FOR ENLARGED
## FONT AND IFP FORM

---

EMILY COHEN

820 Maggard Street

Iowa City, IA 52240

Telephone: (319) 541-4577

Email: emilycohenboulder@gmail.com

*Appellant proceeding pro se*

<u>**Oral Argument is Requested**</u>

February 3, 2025

Appellant respectfully files this motion to request this Court provide its orders, the record, and the IFP form in an enlarged font so she can read them, as she lives with dyslexia, as previously discussed with this Court's clerk and the District Court's Clerks. Appellant also requested this by email and phone in the months preceding this motion, but has yet to receive them, and the filing deadline is impending. Appellant also respectfully requests this Court issue an order that all parties provide pleadings and correspondence in enlarged font so that Appellant can read them, as is listed as an option upon request, and has been requested, on this Court's website.

Date: February 3, 2025

                                            Respectfully submitted,

                                            Emily Cohen
                                            820 Maggard Street
                                            Iowa City, IA 52240
                                            Telephone: (319) 541-4577
                                            Email: emilycohenboulder@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I served a copy of the foregoing to all opposing counsel of record to the last known address/email address, electronically by CM/ECF and via U.S. Mail.

Date: February 3, 2025

_____
Emily Cohen