**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 24-2805

Emily Cohen

Appellant

v.

Iowa City, Iowa, an Iowa municipality, et al.

Appellees

------------------------------------------------------------------------------------------------------

No: 24-3060

Emily Cohen

Appellant

v.

Iowa City, Iowa, an Iowa municipality

Johnson County Sheriff's Department and Johnson County, Iowa

Appellees

Ian Alke

Michael Hynes, et al.

Appellees

Does, Iowa, et al.

_____

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:23-cv-00073-SMR)
(3:23-cv-00073-SMR)

_____

**ORDER**

Appellant Emily Cohen's motion for enlarged font for the motion for leave to proceed on appeal in forma pauperis form is granted. The completed enlarged font motion for leave to

proceed on appeal in forma pauperis form is due in this court on or before March 5, 2025.

No further extensions of time will be granted.

February 12, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik