# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 12, 2025

Emily Cohen
820 Maggard Street
Iowa City, IA  52240

      RE:  24-2805  Emily Cohen v. Iowa City, Iowa, et al
            24-3060  Emily Cohen v. Johnson County Sheriff's Dept., et al., et al

Dear Appellant:

     Pursuant to this Court's Order issued on February 12, 2025, please find enclosed a blank copy of the enlarged font motion and affidavit for permission to appeal in forma pauperis to be completed and returned to this Court on or before March 5, 2025.

                                               Maureen W. Gornik
                                               Acting Clerk of Court

CMH

Enclosure(s)

cc:     Amy Colony
         Elizabeth Jenadija Craig
         Lauren Davison
         David Evan Hughes
         Brandon Wayne Lobberecht
         Colin James Mayberry
         Benjamin Robert Merrill
         Daniel M. Morgan
         Sarah Quigley
         Michael R. Reck
         Jennifer L. Schwickerath
         Wilford H. Stone
         Luis Toro
         Paxton J. Williams

        District Court/Agency Case Number(s):  3:23-cv-00073-SMR
                                                              3:23-cv-00073-SMR